In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00045-CV
_____

**2978 COLONNADE GROUP, LP, Appellant**

**V.**

**MIA'S ITALIANA'S RESTAURANT CORPORATION, Appellee**

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 13-27555

**MEMORANDUM OPINION**

The appellant, 2978 Colonnade Group, LP, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1).  No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered May 15, 2014

Before Kreger, Horton, and Johnson, JJ.